[No. 10957–0–I. Division One. February 21, 1984.]

WILLIAM M. GOODWIN, ET AL, *Respondents,* v. CHADA
S. REDDY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 81–2–06273–3, Liem E. Tuai, J., entered October 23, 1981. *Reversed* and *remanded* by unpublished
opinion per Callow, J., concurred in by Ringold and Scholfield, JJ.

[Nos. 11890–1–I; 11891–9–I. Division One. February 21, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
ULTICAN, JR., *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
M. PIERRE, *Appellant.*

Appeals from judgments of the Superior Court for King
County, Nos. 82–1–00291–3, 82–1–00292–1, Peter K. Steere,
J., entered June 22, 1982. *Affirmed* by unpublished opinion
per Swanson, J., concurred in by Williams and Callow, JJ.

[No. 12900–7–I. Division One. February 21, 1984.]

ROBERT VAN DYKE, ET AL, *Appellants,* v. H. A.
EVEREST, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81–2–00968–3, William J. Grant, J.,
entered August 21, 1981. *Affirmed* by unpublished opinion
per Callow, J., concurred in by Ringold and Scholfield, JJ.